**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**UNITED STATES OF AMERICA,**

                **Plaintiff,**

  - against -

**GARY BOGLE,**

                **Defendant.**
-------------------------------------------------------x

**ORDER**

**07 CR 241 (NG)(RML)**

**GERSHON, United States District Judge:**

      The Report and Recommendation ("R&R") of Magistrate Judge Levy, dated January 17, 2008, recommends denial of defendant's motion to suppress certain physical evidence against him. The defendant's objections to the R&R have been reviewed under the *de novo* standard of review. Upon that review, the defendant's objections are rejected as without merit and the R&R is adopted in its entirety. The motion to suppress is denied.

                                      **SO ORDERED.**

                                      _____/s_____
                                      **NINA GERSHON**
                                      **United States District Judge**

Dated: Brooklyn, New York
       January 25, 2008